UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANTOS MARTINEZ and ISIDRO CASTRO
GUERRA, on behalf of themselves and all
other persons similarly situated,

                Plaintiffs,

-against-

PKS BAGELS, INC., d/b/a BAGEL BOSS,
HONG SEO, STEVEN BERGEN and
MR. BOX,

                Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

22-CV-975 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On April 21, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiffs Santos Martinez and Isidro Castro Guerra and Defendants PKS Bagels, Inc., d/b/a Bagel Boss, Hong R. Seo, Steven Berger, s/h/a Steven Bergen, and Bo Ik Seo, s/h/a Mr. Box, submitted a motion seeking approval of a fully executed Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [17]. On May 10, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [18].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See*

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Electronic Order dated March 15, 2023.

1

*Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:  Central Islip, New York       **SO ORDERED.**
         May 16, 2023

                                      /s/ Steven I. Locke
                                      STEVEN I. LOCKE
                                      United States Magistrate Judge